[No. 36993-1-II.   Division Two.   July 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. AKEEL A. NESBITT, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-1-01020-1, Russell W. Hartman, J., entered November 9, 2007. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J.; Quinn-Brintnall, J., concurring separately.

[No. 37108-1-II.   Division Two.   July 21, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. FLOYD LEA SAXTON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-03412-2, Frederick W. Fleming, J., entered November 9, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 37167-7-II.   Division Two.   July 21, 2009.]

CRAIG STOVER, *Appellant*, v. PIERCE COUNTY CORRECTIONS HEALTH CLINIC ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-11640-0, John R. Hickman, J., entered November 30, 2007. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Armstrong, JJ.